UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
THEODORE F. JOHNSON,

                               Plaintiff,

              -against-                            **NOTICE OF APPEARANCE**

JUDGE DEBRA A. JAMES, ALSO KNOWN AS DEBRA
A. JAMES, ET. AL.,                                    **08-CV-00032 (PAC)**

                               Defendant.
------------------------------------------------------------------ x

**TO THE CLERK OF THE COURT:**

       I, Olga Minkina, am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the defendants the New York City Department of Housing Preservation and Development ("HPD") and the New York City Department of Finance ("DOF") (collectively, the "City"), in the above-captioned action. Please take notice that I am the present Assistant Corporation Counsel assigned to this action, all future filings, or other information, related to this action can be directed to me at the below address. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       February 22, 2008

                                                   MICHAEL A. CARDOZO
                                                 Corporation Counsel of
                                                 the City of New York
                                                 Attorney for Defendants
                                                 100 Church St., Rm.5-201
                                                 New York, New York 10007
                                                 Email: ominkina@law.nyc.gov
                                                 Tel: (212) 788-1689
                                                 Fax: (212) 788-0937

                                        By: _____
                                               Olga Minkina (OM-8749)
                                             Assistant Corporation Counsel

TO:    Theodore F. Johnson
Plaintiff, *Pro Se*
205 Brown Avenue
Hempstead, New York 11550

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Attorneys for Defendant: Alterman and Boop LLC
150 East 42nd Street
New York, New York 10017-5639
Attn: Anastasios O. Tonorezas

Stempel Bennett Claman & Hockberg, P.C.
Attorneys for Defendant: Fidelity National Title Insurance Company
675 Third Avenue
New York, New York 10017
Attn: James E. Schwartz

Busson & Sikorski
381 Park Avenue South
Suite 615
New York, New York 10016
Attn: Robert S. Sikorski, Defendant *Pro-Se*

Office of the Attorney General
State of New York
120 Broadway
New York, New York 10271
Attn: Anthony J. Tomari

Natalia Swan a/k/a Natalia Wolan
c/o William Schaap, Esq.
143 West 4th Street
New York, New York 10012

William Schapp, Esq.
143 West 4th Street
New York, New York 10012

Yolanda Chang
206 West 99th Street
Apt. 5B
New York, New York 10025

Gwenerva "Darling" Cherry
40 Morningside Avenue
Apt. 45
New York, New York 10026

Index No. 08 CV 00032 (PAC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODORE F. JOHNSON,

                              Plaintiff(s),

-against-

JUDGE DEBRA A. JAMES, ALSO KNOWN AS, DEBRA A. JAMES, ET.AL.,

                              Defendant(s).

## NOTICE OF APPEARANCE

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant(s)*
*100 Church Street*
*New York, New York 10007*

*Of Counsel: Olga Minkina*
*Tel: (212)788-1689*
*NYCLIS No.*

*Due and timely service is hereby admitted.*

*Brooklyn, N.Y. ..................................................., 200 .*

*................................................................... Esq.*

*Attorney for ...................................................*

## DECLARATION OF SERVICE BY MAIL

I, OLGA MINKINA, declare, pursuant to 28 U.S.C.§ 1746, under penalty of perjury that on February 22, 2008, I caused to be served the annexed NOTICE OF APPEARANCE upon the following counsels of record and/or pro se by first class mail by causing a copy of same to be deposited in a prepaid envelope, addressed to the below-mentioned addresses and placing the envelopes in a depository under the exclusive care and control of the United States Postal Service:

Theodore F. Johnson
Plaintiff, *Pro Se*
205 Brown Avenue
Hempstead, New York 11550

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Attorneys for Defendant: Alterman and Boop LLC
150 East 42nd Street
New York, New York 10017-5639
Attn: Anastasios O. Tonorezas

Stempel Bennett Claman & Hockberg, P.C.
Attorneys for Defendant: Fidelity National Title Insurance Company
675 Third Avenue
New York, New York 10017
Attn: James E. Schwartz

Busson & Sikorski
381 Park Avenue South
Suite 615
New York, New York 10016
Attn: Robert S. Sikorski, Defendant *Pro-Se*

Office of the Attorney General
State of New York
120 Broadway
New York, New York 10271
Attn: Anthony J. Tomari

Natalia Swan a/k/a Natalia Wolan
c/o William Schaap, Esq.
143 West 4th Street
New York, New York 10012

William Schapp, Esq.
143 West 4th Street
New York, New York 10012

Yolanda Chang
206 West 99th Street
Apt. 5B
New York, New York 10025

Gwenerva "Darling" Cherry
40 Morningside Avenue
Apt. 45
New York, New York 10026

Dated: New York, New York
February 22, 2008

_____
Olga Minkina
Assistant Corporation Counsel