UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X    Index No: 08-CV-00032(PAC)
THEODORE F. JOHNSON.,

                Plaintiff,

        -against-    **NOTICE OF APPEARANCE**

HON. DEBRA A. JAMES a/k/a JUDGE DEBRA A. JAMES;
NATALIA SWAN a/k/a NATALIA WOLAN;
ALTERMAN AND BOOP LLP;
WILLIAM SCHAPP, Esq.;
ROBERT S. SIKORSKI;
FIDELITY NATIONAL TITLE INSURANCE COMPANY;
YOLANDA CHANG;
GWENERVA "DARLING" CHERRY;
H.P.D;
NEW YORK CITY DEPARTMENT OF FINANCE;

                Defendants.
-------------------------------------------------X

    **PLEASE TAKE NOTICE**, that the Defendant, named Robert S. Sikorski, does hereby appear in the above entitled action, and that the undersigned appears as Defendant\Attorney, *pro se* and demands that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       February 25, 2008

                                        ROBERT S. SIKORSKI, Esq. (RS-6568)
                                        Defendant\Attorney, *pro se*
                                        381 Park Avenue South, Suite 615
                                        New York, New York 10016-8806
                                        (212)532-7191

cc:  Theodore F. Johnson
      Plaintiff, *Pro Se*
      205 Brown Avenue
      Hempstead, NY 11550

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Attorneys for Defendant: Alterman and Boop, LLC
150 East 42nd Street
New York New York 10017-5639
Attn: Anastasios Tonorezas, Esq.


Stempel Bennett, Claman & Hockberg, P.C.
Attorneys for Defendant:Fidelity National Title Insurance Company
675 Third Avenue
New York NY 10017-5704
Attn: James E. Schwartz, Esq.


Corporation Counsel for NYC
Attorneys for Defendant: NYC Department of Housing Preservation
and Development; NYC Department of Finance
100 Church Street, Room 5-201
New York New York 10007
Attn: Olga Minkina, Esq.

Office of the Attorney General
State of New York
Attorneys for Defendant: Hon. Debra A. James
120 Broadway
New York, NY 10271
Attn: Anthony J. Tomari, Esq.


Natalia Swan a\k\a Natalia Wolan
C\O William Schaap, Esq.
143 West 4th Street
New York, New York 10012
Schaap@aol.com


William Schaap, Esq.
143 West 4th Street
New York, New York 10012
Schaap@aol.com

Yolanda Chang
206 West 99th Street, Apt.5B
New York, New York 10025
yolanda@HomeNYC.com


Gwenerva "Darling" Cherry
40 Morningside Avenue, Apt. 45
New York, New York 10026

Index No: 08-CV-00032(PAC)

## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

THEODORE F. JOHNSON,

                                        Plaintiff,

-against-

HON. DEBRA A. JAMES a/k/a JUDGE DEBRA A. JAMES;
NATALIA SWAN a/k/a NATALIA WOLAN;
ALTERMAN AND BOOP LLP;
WILLIAM SCHAPP, Esq.;
ROBERT S. SIKORSKI;
FIDELITY NATIONAL TITLE INSURANCE COMPANY;
YOLANDA CHANG;
GWENERVA "DARLING" CHERRY;
H.P.D;
NEW YORK CITY DEPARTMENT OF FINANCE;

                                        Defendants.

### NOTICE OF APPEARANCE

*ROBERT S. SIKORSKI, Esq.*
*Defendant/Attorney , Pro Se*
*381 Park Avenue South, Suite 615*
*New York, New York 10016-8806*
*(212) 532-7191*

To

Service of a copy of the within is hereby admitted.

Dated: