UNITED STATES DISTRICT COURT
Southern District of New York

File No. 08 CV 00032 (PAC)

*Theodore F. Johnson*

       *Plaintiff,*


      -*against*-


*(Hon.) Debra A. James a/k/a Judge Debra A. James;*
*Natalia Swan a/k/a Natalia Wolan;*
*Alterman and Boop, LLP;*
*William Schapp, Esq.;*
*Robert S. Sikorski;*
*Fidelity National Title Insurance Company*
*Yolanda Chang*
*Gwenerva "Darling" Cherry;*
*H.P.D. and*
*New York City Department of Finance*
*.*

        Defendants.


<u>Certificate of Mailing</u>

The undersigned hereby certifies that a true copy of the **<u>Notice of Appearance</u>** was mailed to the Defendants at the addresses below, and the service was made by mail on February 25, 2008:



Theodore F. Johnson
Plaintiff, *Pro Se*
205 Brown Avenue
Hempstead, NY 11550

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Attorneys for Defendnat: Alterman and Boop, LLC
150 East 42nd Street
New York New York 10017-5639
Attn: Anastasios Tonorezas, Esq.


Stempel, Bennett, Claman & Hockberg, P.C.
Attorneys for Defendant: Fidelity National Title Insurance Company
675 Third Avenue
New York NY 10017-5704
Attn: James E. Schwartz, Esq.


Corporation Counsel for NYC
Attorneys for Defendant: NYC Department of Housing Preservation
and Development and NYC Department of Finance
100 Church Street, Room 5-201
New York New York 10007
Attn: Olga Minkina, Esq.

Office of the Attorney General
State of New York
Attorneys for Defendant: Hon. Debra A. James
120 Broadway
New York, NY 10271
Attn: Anthony J. Tomari, Esq.


Natalia Swan a\k\a Natalia Wolan
C\O William Schaap, Esq.
143 West 4th Street
New York, New York 10012
Schaap@aol.com


William Schaap, Esq.
143 West 4th Street
New York, New York 10012
Schaap@aol.com

Yolanda Chang
206 West 99th Street, Apt.5B
New York, New York 10025
yolanda@HomeNYC.com


Gwenerva "Darling" Cherry
40 Morningside Avenue, Apt. 45
New York, New York 10026



Dated: February 25, 2008

                                                     *s \ Robert S. Sikorski*
                                                     _____