UNITED STATES DISTRICT COURT
Southern District of New York

File No. 08 CV 00032 (PAC)

*Theodore F. Johnson*

                *Plaintiff,*

               *-against-*

*(Hon.) Debra A. James a/k/a Judge Debra A. James;*
*Natalia Swan a/k/a Natalia Wolan;*
*Alterman and Boop, LLP;*
*William Schapp, Esq.;*
*Robert S. Sikorski;*
*Fidelity National Title Insurance Company*
*Yolanda Chang*
*Gwenerva "Darling" Cherry;*
*H.P.D. and*
*New York City Department of Finance*
.                                 Defendants.

<u>Certificate of Mailing</u>

The undersigned hereby certifies that a true copy of the **<u>Notice of Appearance</u>** was sent to the Defendants to the email addresses below on February 25, 2008:

Yolanda Chang
yolanda@homenyc.com

James Schwartz
jschwartz@SBCHlaw.com

William Schaap
schaap@aol.com

Olga Minkina
ominkina@law.nyc.gov

Dated: February 25, 2008

                                                                      *s \ Robert S. Sikorski*
                                                                      _____