UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THEODORE F. JOHNSON,

           Plaintiff,

v.

JUDGE DEBRA A. JAMES aka
DEBRA A. JAMES, et. al.

           Defendants.

Civil Action No:
08 CV 00032 (PAC)

---

TO THE CLERK OF THE COURT AND ALL PARTIES:

Please take notice, that WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP hereby appears as attorneys for defendant, Alterman & Boop, LLP, in regard to the above-entitled action. Please direct all pleadings, notices and correspondence to WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, at the address noted below. This appearance shall not constitute a waiver of any of Alterman & Boop, LLP's rights and defenses, all of which are expressly reserved.

Dated:    New York, New York
           February 25, 2008

                            WILSON, ELSER, MOSKOWITZ,
                            EDELMAN & DICKER LLP

           By:    _____
                            Thomas W. Hyland (TH-3559)
                            Anastasios P. Tonorezos (AT-8709)
                            Attorneys for Defendant
                            ALTERMAN & BOOP, LLP
                            150 East 42nd Street
                            New York, New York 10017-5639
                            (212) 490-3000
                            thomas.hyland@wilsonelser.com
                            ernest.tonorezos@wilsonelser.com
                            File No. 07765.00092

3131595.1

To:	Theodore F. Johnson
Plaintiff, *pro se*
205 Brown Avenue
Hempstead, NY 11550

Olga Minkina, Esq.
New York City Corporation Counsel
NYC H.P.D., and NYC Department of Finance
100 Church Street
New York, NY 10007

James E. Schwartz, Esq.
Stempel Bennet Claman & Hockberg, P.C.
Attorneys for Defendant
Fidelity National Title Insurance Company
675 Third Avenue
New York, NY 10017

Busson & Sikorski
381 Park Avenue South, Suite 615
New York, NY 10016
Robert S. Sikorski
Defendant, *pro se*

Anthony J. Tomari, Esq.
Office of the Attorney General
State of New York
Attorneys for Defendants
Hon. Debra A. James
120 Broadway
New York, NY 10271

Natalia Swan a/k/a Natalia Wolan
c/o William Schaap, Esq.
143 West 4th Street
New York, NY 10012

William Schaap, Esq.
143 West 4th Street
New York, NY 10012

Yolanda Chang
206 West 99th Street, Apt. 5B
New York, NY 10025

Gwenerva "Darling" Cherry
40 Morningside Avenue, Apt. 45
New York, NY 10026

3131595.1