## STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.

675 Third Avenue
New York, New York 10017-5704

TEL (212) 681-6500
FAX (212) 681-4041
www.sbchlaw.com

RICHARD C. STEMPEL
JAMES R. BENNETT
RICHARD L. CLAMAN
STEVEN R. HOCHBERG
JAMES E. SCHWARTZ
JOELLE B. TAUB
EDMOND P. O'BRIEN

SHARON V. RYAN
RACHEL B. WILLIAMS
CHRISTOPHER O'MALLEY
HEATHER R. OHLBERG

OF COUNSEL
STEPHEN J. FALLIS
CHERYL R. BLOOMBERG
DAVID L. PALDY

March 6, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 7 2008

**MEMO ENDORSED**

VIA E-MAIL: CrottyNYSDChambers@nysd.uscourts.gov
and FACSIMILE NO. (212) 805-6304
Hon. Paul A. Crotty
Judge, United States District Court
Southern District of New York
500 Pearl Street
Chambers Room 735
New York, New York 10007

Re:   Theodore F. Johnson v. Debra A. James, et al - Case No. 08-CV-00032 (PAC)

Honorable Sir:

In connection with the captioned matter, my firm is counsel to defendant Fidelity National Title Insurance Company ("Fidelity"). I write to request additional time in which to move to dismiss the complaint.

I had sent a letter to the Court on February 7, 2008 asking for a conference on Fidelity's potential motion to dismiss the action for legal insufficiency. Much to my embarrassment, I learned only this afternoon that the Court had filed a letter order on February 21, setting today as the last day to move to dismiss the action. In that regard, I did not receive the order. It was apparently e-mailed to me, but I suspect was filtered out by my e-mail system's spam blocker. I spoke to the Court's deputy, Marlon Ovalles, a few minutes ago and understand that I should also have been consulting the Court's electronic filing system. I apologize for my lapse. That said, I respectfully request an additional three weeks to move to dismiss the complaint.

Respectfully submitted,

/s/ James E. Schwartz

March 7, 2008

Application Granted. Defendant Fidelity National Title Insurance shall file and serve its motion to dismiss by March 27, 2008. Plaintiff's opposition to all motions to dismiss shall be filed and served by April 17, 2008 not March 27, 2008. All defendants shall file and serve reply briefs by April 28, 2008.

So Ordered

/s/ Paul A. Crotty
Paul A. Crotty
United States District Judge

Copies Mailed By Chambers

Hon. Paul A. Crotty, Judge
March 6, 2008
Page 2

cc:    THEODORE F. JOHNSON
Plaintiff, Pro Se
205 Brown Avenue
Hempstead, New York 11550

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for Defendant: Alterman and Boop, LLC
ernest.tonorezos@wilsonelser.com
150 East 42nd Street
New York, New York 10017-5639
Attn.: Anastasios P. Tonorezos, Esq.

CORPORATION COUNSEL FOR NYC
Attorneys for Defendants: NYC Department of Housing Preservation
   and Development and NYC Department of Finance
ominkina@law.nyc.gov
100 Church Street, Room 5-201
New York, New York 10007
Attn.: Olga Minkina, Esq.

OFFICE OF THE ATTORNEY GENERAL
STATE OF NEW YORK
Attorneys for Defendant: Hon. Debra A. James
120 Broadway
New York, New York 10271-0332
Attn.: Anthony J. Tomari, Esq.

WILLIAM SCHAAP, ESQ.
Attorneys for Defendant Natalia Swan a/k/a Natalia Wolan
Schaap@aol.com
143 West 4th Street
New York, New York 10012

WILLIAM SCHAAP, ESQ.
Attorney Pro Se
Schaap@aol.com
143 West 4th Street
New York, New York 10012

Hon. Paul A. Crotty, Judge
March 6, 2008
Page 3

YOLANDA CHANG
Yolanda@HomeNYC.com
206 West 99th Street, Apt. 5B
New York, New York  10025

GWENERVA "DARLING" CHERRY
Smartwoman92@yahoo.com
40 Morningside Avenue, Apt. 45
New York, New York  10026