## BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE
### NEW YORK, N.Y. 10016-1503

ELLIOT L. HOFFMAN
MYRON BELDOCK
BRUCE E. TRAUNER
PETER S. MATORIN
KATHERINE G. THOMPSON
ROBERT L. HERBST
CYNTHIA ROLLINGS
JONATHAN MOORE
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
JONATHAN K. POLLACK
VERA M. SCANLON

TEL: (212) 490-0400
FAX: (212) 557-0565
WEBSITE: blhny.com

LAWRENCE S. LEVINE (1934-2004)

SPECIAL COUNSEL
MARJORY D. FIELDS

COUNSEL
MELVIN L. WULF

REF: 7616.01

March 26, 2008

WRITER'S DIRECT DIAL:

**VIA E-MAIL**
CrottyNYSDChambers@nysd.uscourts.gov

Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street – Room 735
New York, NY 10007

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 6 2008**

Re: Theodore F. Johnson v. Debra A. James, et al, 08 CV 00032 (PAC)
   <u>Defendant William Schaap's Request For Schedule for Motion to Dismiss</u>

Dear Judge Crotty,

We represent William Schaap, one of the defendants in the above-entitled case.

Mr. Schaap was served personally with the summons and complaint in this action on March 20, 2008. We intend to file a motion to dismiss under Rule 12, F.R.Civ. P., on his behalf.

We are familiar with your Order of February 21, 2008 setting a briefing schedule for the parties' motions to dismiss in the action. Since Mr. Schaap had not been served at the time you issued the Order, it can not apply to him. However, we are prepared to file a motion to dismiss within the 20 day time period required by Rule 12. It may be that you will want to set a separate short briefing schedule for Mr. Schaap's motion so that it may be integrated with the pending motions filed by the other defendants. This letter requests that you do so.

**MEMO ENDORSED**

BELDOCK LEVINE & HOFFMAN LLP

Hon. Paul A. Crotty
March 26, 2008
Page 2

Thank you.

Yours truly,

BELDOCK LEVINE & HOFFMAN LLP

By: _____
Melvin L. Wulf

MLW:jms

cc:   Anthony J. Tomari (by mail)
      Theodore F. Johnson (by mail)
      Robert S. Sikorski (by mail)
      Anastasios P. Tonorezos, Esq. (by mail)
      James E. Schwartz, Esq. (by mail)
      Olga Minkina, Esq. (by mail)
      Natalia Swan (by mail)
      Yolanda Chang (by mail)
      Gwernerva "Darling" Cherry (by mail)

G:\Files\7616\Crotty 03 26.08 ltr.wpd

Application Granted. Counsel for defendant William Schaap shall file and serve the motion to dismiss by April 16, 2008. Plaintiff's opposition to all motions to dismiss shall be filed and served by Monday, May 12, 2008 not April 17, 2008. All defendants shall file and serve reply briefs by Wednesday, May 21, 2008.

SO ORDERED: MAR 2 6 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Certified Copy, Number (7002 2030 0002 7505 8272),
Mailed By Chambers To:

Theodore F. Johnson
205 Brown Avenue
Hempstead, NY 11550

*All Counsel For Defendants Notified Via – CM / ECF
Electronic Notification.*