UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODORE F. JOHNSON,

                Plaintiff,

- against -

DEBRA A. JAMES, a/k/a JUDGE DEBRA A. JAMES, NATALIA SWAN, a/k/a NATALIA WOLAN, ALTERMAN and BOOP, LLP, WILLIAM SCHAAP, ESQ., ROBERT S. SIKORSKI, FIDELITY NATIONAL TITLE INSURANCE COMPANY, YOLANDA CHANG, Broker, GWENERVA "DARLING" CHERRY, AND H.P.D. NEW YORK CITY DEPARTMENT OF FINANCE, et al.,

                Defendants.

Civil Action No:
08 CV 00032 (PAC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF NEW YORK    ss:

Rachel Williams being duly sworn says: I am not a party to the action, am over 18 years of age and am employed at Stempel Bennett Claman & Hochberg, P.C., 675 Third Avenue, NY, NY 10017.

On March 27, 2008, I served a true copy of the annexed **MOTION TO DISMISS THE COMPLAINT AGAINST FIDELITY NATIONAL TITLE INSURANCE COMPANY WITH ACCOMPANYING AFFIDAVIT and MEMORANDUM OF LAW OF DEFENDANT FIDELITY NATIONAL TITLE INSURANCE COMPANY** in the following manner:

☒    by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Mr. Theodore F. Johnson
205 Brown Avenue
Hempstead, New York 11550

Robert S. Sikorski, Esq.
Busson & Sikorski
381 Park Avenue South, Suite 615
New York, New York 10016-8806

Anastasios P. Tonorezos, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, New York 10017-5693

Olga Minkina, Esq.
Assistant Corporation Counsel
Corporation Counsel of the City of New York
100 Church Street, Room 5-201
New York, New York 10007

Anthony J. Tomari, Esq.
Assistant Attorney General
Attorney for Debra A. James a/k/a Judge Debra A. James
120 Broadway
New York, New York 10271

Natalia Swan a/k/a Natalia Wolan
c/o William Schaap, Esq.
143 West 4th Street
New York, New York 10012

William Schaap, Esq.
143 West 4th Street
New York, New York 10012

In addition, on March 27, 2008, the following persons/entities were served electronically via the Court's electronic filing system:

Olga Minkina    ominkina@law.nyc.gov

Robert S Sikorski    rsikorski@bussonsikorski.com

Anthony John Tomari    anthony.tomari@oag.state.ny.us

*Rachel Williams*
Rachel Williams

Sworn to before me this
27th day of March 2008

_____
Notary Public

EDMOND P. OBRIEN
Notary Public, State of New York
No. 02OB6018534
Qualified in NEW YORK County
Commission Expires 3/23/20 11