**MARCIA W. BRATHWAITE**
*Attorney-at-Law*
240 Madison Avenue, 7th Floor
New York, New York 10016
Tel.: (212) 286-9510
Fax: (212) 286-9076

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 3 2008
```

April 3, 2008

**Application GRANTED**

<u>VIA FACSIMILE TO (212) 805-6304</u>

Hon. Paul A. Crotty
Judge, United States District Court
Southern District of New York
500 Pearl Street
Chambers Room 735
New York, New York 10007

SO ORDERED: 4/3/08

*[signature]*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:   <u>Theodore F. Johnson v. Debra A. James, et al</u> – Case No. 08-CV-00032 (PAC)

Dear Judge Crotty:

My office represents Yolanda Chang, a defendant in the above-referenced action. Pursuant to the docket sheet on this matter, Ms. Chang's Answer to the Summons and Complaint was due on February 11, 2008.

I respectfully request an extension of time to file a motion to dismiss the Plaintiff's complaint or to otherwise respond to the complaint. I am prepared to abide by the motion schedule set out in your Order dated March 26, 2008.

Respectfully submitted,

*[signature]* M.W. Brathwaite

Marcia W. Brathwaite

**MEMO ENDORSED**

cc:   Anthony J. Tomari, Esq. – (212) 416-6009
      Thomas W. Hyland, Esq. & Anastasios P. Tonorezos, Esq. – (212) 490-3038
      Melvin L. Wulf, Esq. – (212) 557-0565
      Robert S. Sikorski, Esq. – (212) 532-7184
      James E. Schwartz, Esq. – (212) 681-4041
      Olga Minkina, Esq. – (212) 788-0937
      Mr. Theodore F. Johnson (by mail)
      Natalia Swan a/k/a Natalia Wolan (by mail)
      Gwenerva "Darling" Cherry (by mail)

**Copies Mailed By Chambers**